IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RANDY WELSCH, AND CODY WELSCH,

                Plaintiffs,

vs.

HOOP BEEF SYSTEM, LLC, AND DR. ROBERT BRYANT,

                Defendants.

4:15CV3161

AMENDED PROGRESSION ORDER

Plaintiffs have filed an unopposed motion to extend certain case progression deadlines. (Filing No. 21). Accordingly,

IT IS ORDERED that the progression order is amended as follows:

1) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):     September 5, 2016.

    For the defendant(s):     October 24, 2016.

2) The deposition deadline is December 12, 2016.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 10, 2016.

4) The parties shall comply with all other stipulations and agreements recited in the Final Progression Order, (filing no. 12), that are not inconsistent with this order.

Dated this 3rd day of August, 2016

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge